UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT CURRIER<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA, et al.<br><br>Defendants. | Case No.: 20cv227-LAB (JLB)<br><br>**ORDER DIRECTING PARTIES TO CONTINUE LITIGATING; AND**<br><br>**ORDER EXTENDING TIME TO AMEND** |

Plaintiff Richard Currier filed a notice of appeal (Docket no. 25), which does not provide the issues appealed or explain the basis for appeal. Currier did not pay the filing fee and has not moved to proceed *in forma pauperis* on appeal. Because he used the case number of his existing appeal, it appears he is attempting to file this as part of the same case on appeal, rather than as a new appeal. Based on the date provided in the notice of appeal, Currier is seeking review of the Court's March 5 order denying his motion for reconsideration.

Ordinarily a notice of appeal deprives the Court of jurisdiction over the matter appealed. But a notice of appeal from a non-final, non-appealable order does not deprive the Court of jurisdiction, and the Court may disregard it and proceed to adjudicate the case. *Ruby v. Secretary of U.S. Navy*, 365 F.2d 385, 389 (9th Cir.

1966). The Court concludes that Currier's notice of appeal from its non-final, non-appealable order does not deprive it of jurisdiction. The parties should treat this case as active and ongoing. The Court's orders regarding the filing of an amended complaint and response (*see* Docket numbers 7, 23 and 24) remain in place, unless amended or suspended by this Court or the Ninth Circuit.

Because of the COVID-19 emergency, certain restrictions are in place and certain requirements have been temporarily suspended. The parties should check the Court's website frequently for information on current requirements. To permit Currier to file his amended complaint by mail, the Court *sua sponte* **EXTENDS** the deadline for Currier to file his amended complaint to **April 20, 2020**. This extension is not intended to give Currier more time than he has already been given to prepare his amended complaint, but rather to give him enough time to mail in his amended complaint with enough time for it to be received and docketed by the filing deadline. After Currier files his amended complaint, or if the deadline passes without his having filed it, Defendants should file an answer, file a dispositive motion, or otherwise defend.

**IT IS SO ORDERED**.

Dated: March 23, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge