UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT CURRIER,<br><br>                          Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, NA, et al.<br><br>                         Defendants. | Case No.:  20cv227-LAB (JLB)<br><br>**ORDER OF DISMISSAL** |

On March 24, Plaintiff Richard Currier, proceeding *pro se*, filed an *ex parte* motion for an extension of time to file his amended complaint. In that motion, he said he may have COVID-19 and was awaiting the results of medical tests. The Court immediately stayed the case, noting that if Currier was infected with COVID-19, he would be subject to mandatory quarantine. (Docket no. 33.)

The Court directed Currier, once he was medically cleared and permitted to go out in public, to mail a notice to the Clerk's office saying he is prepared to go forward with the case. The Clerk's office was directed to accept that notice for filing. The Court explained that once the notice was filed, it intended to lift the stay and issue an order concerning amendment.

By late summer, Currier had not filed the required notice. The Court on August 4 issued an order requiring him to file a notice no later than September 22 saying whether he was still subject to medical quarantine, and whether he was prepared to go forward with the case. He filed nothing in response to that. In fact, Currier's last filing in the case was his March 24, 2020 motion. None of the mail sent to Currier has been returned as non-deliverable.

The Court on February 18, 2021 ordered Currier to show cause why this action should not be dismissed for failure to prosecute. The order required him to file a response by March 4, 2021. The order specified that his response had to be received by the Court, not merely mailed or postmarked, by the deadline. The deadline has passed, however, and Currier has not filed or submitted anything.

This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute. *See Chambers v. NASCO, Inc.*, 501 U.S. 32, 44 (1991) (recognizing that a court "may act *sua sponte* to dismiss a suit for failure to prosecute").

**IT IS SO ORDERED**.

Dated: March 12, 2021

*Larry A. Burns*
Honorable Larry Alan Burns
United States District Judge